UNITED STATES DISTRICT COURT FOR THE
WESTERN DISTRICT OF NORTH CAROLINA

| UNITED STATES OF AMERICA | ) | CASE NO.: **UNDER SEAL** 3:13CR175 |
|---|---|---|
| V. | ) | ORDER TO SEAL INDICTMENT |
| CLAUDE D. McDOUGAL | ) | |

UPON MOTION of the United States of America, by and through Anne M. Tompkins, United States Attorney, Western District of North Carolina, it is hereby ORDERED, ADJUDGED and DECREED that the above referenced Bill of Indictment, Warrant and Motion to Seal the Bill of Indictment be sealed until the defendant has been arrested.

The Clerk is directed to certify copies of this Order to the United States Attorney's Office.

This the 18th day of June, 2013

_____
UNITED STATES MAGISTRATE JUDGE