UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF NORTH CAROLINA
CHARLOTTE DIVISION
DOCKET NO. 3:13-cr-175-MOC

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA,** | ) | |
| Plaintiff, | ) ) ) | |
| Vs. | ) ) | ORDER |
| **CLAUDE DARRELL MCDOUGAL,** | ) ) ) ) | |
| Defendant. | ) | |

**THIS MATTER** is before the court on defendant's Motion for Accounting and Return of Property Seized by Authorities. Having considered defendant's motion and reviewed the pleadings, the court enters the following Order.

**ORDER**

**IT IS, THEREFORE, ORDERED** that defendant's Motion for Accounting and Return of Property Seized by Authorities (#43) is **DENIED without prejudice.**

**IT IS FURTHER ORDERED** that defendant shall mail written correspondence to the United States Attorney's Office listing the items that he seeks, as well as contact information (name, address, phone number, and email address) for a designee who shall receive any of defendant's items that law enforcement might recover and that are not stolen, contraband, or of evidentiary value.

Signed: October 16, 2017



Max O. Cogburn Jr.
United States District Judge